ERIK BABCOCK
717 Washington St., 2d Floor
Oakland, CA 94607
510-452-8400 tel
510-201-2084 fax
erik@babcocklawoffice.com

Attorney for Defendant
RUBEN CHAVEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 3:21-CR -309 JD |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING** |
| v. ) | |
| RUBEN CHAVEZ, ) | |
| Defendant. ) | |

The above-titled matter is scheduled for sentencing on March 21, 2022. Counsel for Mr. Chavez is no longer available that date as he will be in trial starting March 14, 2022 in Alameda County Superior Court.

It is therefore stipulated between the parties, by and through their respective counsel, that the sentencing hearing scheduled for March 21, 2022 may be vacated and reset for May 9, 2022.

Mr. Chavez is out of custody and has pleaded guilty, so the Speedy Trial Act does not apply.

**SO STIPULATED**.

DATED: March 13, 2022                     /s/ Sloan Heffron
                                          SLOAN HEFFRON
                                          Assistant United States Attorney

Stipulation and ~~Proposed~~ Order
*US v. Ruben Chavez*, 21-cr-00309 JD

1

DATED:  March 13, 2022

                      /s/ Erik Babcock
ERIK BABCOCK
Counsel for Defendant Chavez

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED**.

DATED: March 17, 2022

HON. JAMES DONATO
United States District Judge

Stipulation and ~~Proposed~~ Order
*US v. Ruben Chavez*, 21-cr-00309 JD

2